UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD J. HELTON,

    Plaintiff,

v.

MARION E. SPEARMAN, et al.,

    Defendants.

No. 2:17-cv-1694 CKD P

ORDER

    Plaintiff has filed a motion for extension of time to file an amended complaint. Good cause appearing, plaintiff's request will be granted.

    Plaintiff has also filed a motion requesting the appointment of counsel. ECF No. 12. District courts lack authority to require counsel to represent indigent prisoners in section 1983 cases. Mallard v. United States Dist. Court, 490 U.S. 296, 298 (1989). In exceptional circumstances, the court may request an attorney to voluntarily represent such a plaintiff. See 28 U.S.C. § 1915(e)(1). Terrell v. Brewer, 935 F.2d 1015, 1017 (9th Cir. 1991); Wood v. Housewright, 900 F.2d 1332, 1335-36 (9th Cir. 1990). When determining whether "exceptional circumstances" exist, the court must consider plaintiff's likelihood of success on the merits as well as the ability of the plaintiff to articulate his claims pro se in light of the complexity of the legal issues involved. Palmer v. Valdez, 560 F.3d 965, 970 (9th Cir. 2009) (district court did not abuse discretion in declining to appoint counsel). The burden of demonstrating exceptional

circumstances is on the plaintiff.  Id.  Circumstances common to most prisoners, such as lack of legal education and limited law library access, do not establish exceptional circumstances that warrant a request for voluntary assistance of counsel.

Having considered the factors under Palmer, the court finds that plaintiff has failed to meet his burden of demonstrating exceptional circumstances warranting the appointment of counsel at this time.

Accordingly, IT IS HEREBY ORDERED that

1. Plaintiff's motion for an extension of time (ECF No. 11) is granted;

2. Plaintiff is granted thirty days from the date of this order in which to file an amended complaint; and

3. Plaintiff's motion for the appointment of counsel (ECF No. 12) is denied without prejudice.

Dated:  September 28, 2017

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

12/helt1694.36+31

2