UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD J. HELTON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MARION E. SPEARMAN, et al.,<br><br>　　　　　Defendants. | No. 2:17-cv-1694 CKD P<br><br><br>ORDER |

Plaintiff has filed his fourth request for an extension of time to file an amended complaint pursuant to the court's order of August 30, 2017. Good cause appearing, the request will be granted. No further extensions of time will be granted.

　　　　IT IS HEREBY ORDERED that:

　　　　1. Plaintiff's request for an extension of time (ECF No. 19) is granted; and

　　　　2. Plaintiff is granted ninety days from the date of this order in which to file an amended complaint. **No further extensions of time will be granted**.

Dated: January 31, 2018

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

12/helt1694.36